# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**GREGORY ROLAND,**

       **Petitioner,**

vs.                                             **Case No.: 1:19-cv-152-AW-GRJ**

**SECRETARY, FLORIDA DEP'T OF CORRECTIONS,**

       **Respondent.**

_____ /

## ORDER OF DISMISSAL

This case is before the Court upon the magistrate judge's Report and Recommendation dated December 3, 2019 (ECF No. 10). No objections have been filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk shall enter a judgment that says "The petition for a writ of habeas corpus is DISMISSED for lack of jurisdiction."

3. The Clerk shall close the file.

SO ORDERED on January 6, 2020.

                                                    _s/ Allen Winsor_
                                                    United States District Judge